IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:
DIVISION:
JUDGE:

ERIC NEELD and ERIC NEELD, JR.

       Plaintiffs,

vs.

BOBBY WILLIAMS, E-TRANSPORT
CARRIERS, LLC, a Florida limited liability
company and E-TRANSPORT GROUP
LLC, a Florida limited liability company,

       Defendants.

## COMPLAINT & DEMAND FOR JURY TRIAL
### (Vehicle Negligence vs. Driver & Vehicle Owner/Employer)

    Eric NEELD

| | | |
|---|---|---|
| I. | v. Bobby WILLIAMS | (Driver) |
| II. | v. E-TRANSPORT CARRIERS, LLC | (Vehicle Owner / Employer) |
| III. | v. E-TRANSPORT GROUP LLC | (Vehicle Owner / Employer) |

    Eric NEELD, Jr.

| | | |
|---|---|---|
| IV. | v. Bobby WILLIAMS | (Driver) |
| V. | v. E-TRANSPORT CARRIERS, LLC | (Vehicle Owner / Employer) |
| VI. | v. E-TRANSPORT GROUP LLC | (Vehicle Owner / Employer) |

Plaintiffs, ERIC NEELD AND ERIC NEELD, JR., sue Defendants, BOBBY WILLIAMS

("WILLIAMS"), E-TRANSPORT CARRIERS, LLC, ("CARRIERS), AND E-TRANSPORT

GROUP LLC ("GROUP"), and allege:

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 03/23/2023 09:00:23 AM

EXHIBIT A

1.    This is an action for damages in excess of $75,000.00 exclusive of interest and costs.

2.    Venue and jurisdiction are proper because the crash at issue happened in Duval County, Florida.

3.    On April 20, 2022, Defendant WILLIAMS operated a 2003 Freightliner FLD132 on Interstate 295 South near Mile Marker 26 in Duval County, Florida.

4.    At the aforementioned time and place, Defendant WILLIAMS negligently operated and/or negligently maintained the truck causing it to collide with Plaintiffs' vehicle.

### Count I
### (Eric NEELD vs. Bobby Williams)

5.    Plaintiff ERIC NEELD realleges paragraphs 1 through 4.

6.    As a result of this Defendant's negligence, this Plaintiff suffered bodily injury resulting in pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing, and this Plaintiff will suffer the losses in the future.

WHEREFORE, this Plaintiff demands judgment against this Defendant for damages and costs of suit, together with such other relief as the Court may deem appropriate and demands a trial by jury on all issues so triable.

### Count II
### (Eric NEELD vs. E-TRANSPORT CARRIERS, LLC)

7.    Plaintiff ERIC NEELD realleges paragraphs 1 through 4.

8.    At all relevant times, Defendant CARRIERS was and is a Florida Limited Liability Company.

EXHIBIT A

9.    At all relevant times, Defendant CARRIERS owned the aforementioned 2003 Freightliner truck driven by Defendant WILLIAMS.

10.   At all times relevant, Defendant WILLIAMS operated the aforementioned 2003 Freightliner truck with the knowledge and consent of Defendant CARRIERS.

11.   At all relevant times, Defendant WILLIAMS was an employee and/or agent of Defendant CARRIERS.

12.   At all relevant times, Defendant WILLIAMS was acting within the course and scope of his employment or agency with Defendant CARRIERS, including at the time of the crash.

13.   At all relevant times, Defendant CARRIERS, was negligent through the acts of its employee and through its ownership of the truck operated by Defendant WILLIAMS.

14.   As a result of this Defendant's negligence, this Plaintiff suffered bodily injury resulting in pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing, and this Plaintiff will suffer the losses in the future.

WHEREFORE, this Plaintiff demands judgment against this Defendant for damages and costs of suit, together with such other relief as the Court may deem appropriate and demands a trial by jury on all issues so triable.

### Count III
### (Eric NEELD vs. E-Transport Group LLC)

15.   Plaintiff ERIC NEELD, realleges paragraphs 1 through 4.

16.   At all relevant times, Defendant GROUP was and is a Florida Limited Liability Company.

EXHIBIT A

17.    At all relevant times, Defendant GROUP owned the aforementioned 2003 Freightliner truck driven by Defendant WILLIAMS.

18.    At all times relevant, Defendant WILLIAMS operated the aforementioned 2003 Freightliner truck with the knowledge and consent of Defendant GROUP.

19.    At all relevant times, Defendant WILLIAMS was an employee and/or agent of Defendant GROUP.

20.    At all relevant times, Defendant WILLIAMS was acting within the course and scope of his employment or agency with Defendant GROUP, including at the time of the crash.

21.    At all relevant times, Defendant GROUP, was negligent through the acts of its employee and through its ownership of the truck operated by Defendant WILLIAMS.

22.    As a result of this Defendant's negligence, this Plaintiff suffered bodily injury resulting in pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing, and this Plaintiff will suffer the losses in the future.

WHEREFORE, this Plaintiff demands judgment against this Defendant for damages and costs of suit, together with such other relief as the Court may deem appropriate and demands a trial by jury on all issues so triable.

### Count IV
### (Eric NEELD, Jr. vs. Bobby Williams)

23.    Plaintiff ERIC NEELD realleges paragraphs 1 through 4.

24.    As a result of this Defendant's negligence, this Plaintiff suffered bodily injury

EXHIBIT A

resulting in pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing, and this Plaintiff will suffer the losses in the future.

<u>**Count v**</u>
**(Eric NEELD, Jr. vs. E-TRANSPORT CARRIERS, LLC)**

25.    Plaintiff ERIC NEELD realleges paragraphs 1 through 4, plus paragraphs 8-13.

26.    As a result of this Defendant's negligence, this Plaintiff suffered bodily injury resulting in pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing, and this Plaintiff will suffer the losses in the future.

WHEREFORE, this Plaintiff demands judgment against this Defendant for damages and costs of suit, together with such other relief as the Court may deem appropriate and demands a trial by jury on all issues so triable.

<u>**Count VI**</u>
**(Eric NEELD, Jr. vs. E-Transport Group LLC)**

27.    Plaintiff ERIC NEELD, realleges paragraphs 1 through 4, plus paragraphs 16-21.

28.    As a result of this Defendant's negligence, this Plaintiff suffered bodily injury resulting in pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing, and this Plaintiff will suffer the losses in the future.

EXHIBIT A

WHEREFORE, this Plaintiff demands judgment against this Defendant for damages and costs of suit, together with such other relief as the Court may deem appropriate and demands a trial by jury on all issues so triable.

### DEMAND FOR JURY TRIAL

Plaintiffs demand trial by jury on all issues so triable.

**PAJCIC & PAJCIC, P.A.**

RAYMOND P. REID, JR., ESQUIRE
Florida Bar No.: 50245
One Independent Drive, Suite 1900
Jacksonville, FL 32202-5013
Telephone: (904) 358-8881
Telefax: (904) 354-1180
Primary E-mail: ray@pajcic.com
Secondary E-mail: michelle@pajcic.com
Attorneys for Plaintiffs