UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERIC NEELD and ERIC NEELD, JR.,

    Plaintiffs,

v.

                                    Case No. 3:23-cv-920-TJC-MCR

BOBBY WILLIAMS, E-TRANSPORT
CARRIERS, LLC, a Florida limited
liability Company, and E-TRANSPORT
GROUP, LLC, A Florida limited
liability company,

    Defendants.

## O R D E R

Upon review of the Stipulation for Dismissal, Doc. 23, filed on April 30, 2024, this case is **DISMISSED with prejudice**. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 2nd day of May, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies:

Counsel of record